United States District Court
Western District of Wisconsin

2016 AUG 12 AM 10: 16
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Daryl O. Norris
Inmate #245814
  Plaintiff

  v.

Case No. 3:16-CV-00212-bbc

Dodge Correctional Institution
William Pollard, Warden
    Defendant.

The Attorney General of the State of Wisconsin

## Notice of Appeal

Notice is hereby given that I, Daryl O. Norris, plaintiff in the above named case hereby appeal in part the Order's dismissals with prejudice: (1) the breach of the plea agreement; (2) the Agent's fabricated statement; and (3) the revocation hearing not comporting with due process to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on the 14th day of July 2016.

Respectfully submitted the 10th day of August 2016

Daryl O. Norris
Attorney for - Pro 'se
Dodge Correctional Institution
P.O. Box 700
Waupun, WI. 53963-0700