IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARYL O. NORRIS,

    Petitioner,

v.

PAUL S. KEMPER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-212-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Daryl O. Norris for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                                       8/28/2017

Peter Oppeneer, Clerk of Court                      Date