UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 MAR 29 AM 10: 15
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DARYL O. NORRIS

    Plaintiff,

Case No. 316-cv-00212-bbc

v.

WISCONSIN DEPARTMENT OF CORRECTIONS

DIVISION OF CDMMUNITY CORRECTIONS

DENISE SYMDON, ADMINISTRATOR

LANCE WIERSMA, REGIONAL CHIEF

BILL LAZAR, SUPERVISOR

BRITTANY WOLFE, AGENT

JOSEPH GRUETZMACHER, AGENT

    Defendants.

THE ATTORNEY GENERAL OF THE STATE OF WISCONSIN

## NOTICE OF APPEAL

Notice is hereby given that Daryl O. Norris, plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying Norris' "vacatur motion" after his habeas corpus petition pursuant to 28 U.S.C. 2254 became moot when his sentence expired, entered February 27, 2018.

Respectfully submitted the 27th day of March 2018

*Daryl O. Norris*

Daryl O. Norris, Pro'se

1606 Wild Oak Circle

Madison, WI. 53713